JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELE CAMERON,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>UNITED OF OMAHA LIFE INSURANCE COMPANY; and DEBRUCE GRAIN INC. EMPLOYEE WELFARE BENEFIT PLAN,<br><br>　　　　　Defendants. | CASE NO.: ED CV 13-00355 VAP (DTBx)<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE**<br><br>[FRCP 41(a)]<br><br>Complaint Filed: February 26, 2013 |

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800

h:\!my documents\ed13cv00355vap-o.doc

# [PROPOSED] ORDER

Pursuant to the stipulation of the parties, the above-entitled action is hereby dismissed in its entirety with prejudice as to all defendants. Each party shall bear her or its own attorneys' fees and costs.

**IT IS SO ORDERED.**

DATED: November 25, 2013

_____
HONORABLE VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE